HOWARD G. CASE, Respondent, v. GERSON RUBENSTEIN, Appellant.— Judgment affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN J. CHAMPLIN, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the motion for the direction of a verdict should have been granted; that the proof was not sufficient to show that the defendant had notice of the order of the Commissioner of Agriculture before the bull was sold. All concurred, Lambert, J., not sitting.

EMBALMERS' SUPPLY COMPANY, Appellant, v. FRANK N. ROWE, Respondent.— Judgment affirmed, with costs upon the opinion of Dowd, County Judge. (Reported in 101 Misc. Rep. 717.) All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRIS SPEVAK, Appellant.— Judgment of County Court and of Court of Special Sessions reversed, upon the ground that the evidence does not support the charge of violating the ordinance* of which the defendant was convicted. All concurred.

CHARLES A. HOYLER, Respondent, v. MARTHA HOYLER, Appellant.— Interlocutory judgment reversed upon the law and facts, and a new trial granted, with costs to appellant to abide event. Held, that the finding of fact numbered " fourth " in the decision is not supported by satisfactory evidence. All concurred.

FREDERICK E. FRIEDMAN, Appellant, v. CHARLES BENDER, as President of LOCAL UNION No. 43, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Respondent.— Appeal from judgment taken by defendant dismissed, without costs, upon stipulation made in open court. Judgment, so far as appealed from by plaintiff, affirmed, with costs. Held, that there is no finding that the officers of the defendant union who expelled the plaintiff from his membership were authorized to or did act as agents for all the members, or any other facts showing personal liability of all the members of the association. All concurred.

MICHAEL CZYSZ, as Administrator, etc., Respondent, v. THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ETTA I. BLAIR, Formerly ETTA I. WILD, as Administratrix, etc., Appellant, v. SYRACUSE REDUCTION AND MANUFACTURING COMPANY, Respondent.— Judgment affirmed, with costs. All concurred.

JENNIE E. DURHAM, as Administratrix, etc., Respondent, v. HIRAM C. HARRISON, Appellant.— Judgment and order affirmed, with costs. All concurred.

HOWARD WHITE, an Infant, by ANGELINE M. KEARNEY, His Guardian ad Litem, Respondent, v. WARNER-QUINLAN ASPHALT COMPANY, Appellant. — Orders affirmed, with ten dollars costs and disbursements. All concurred.

---

* Syracuse Ordinances, chap. 21, § 10.— [REP.